# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

144824

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RUSSELL JERMAINE CASNAVE,
     Defendant-Appellant.

SC: 144824
COA: 307681
Berrien CC: 1997-400320-FC

_____/

On order of the Court, the application for leave to appeal the January 26, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

h0917